### Exhibit A to the Complaint

**Location:** Avon, CT  
**Total Works Infringed:** 37  

**IP Address:** 24.60.227.91  
**ISP:** Comcast Cable  

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 701FE06D9654E4828136DB0C4DD4A89EADEB1426<br>File Hash: 36C1CFEEFEFF0A95857939B5F484F745C0B5632B9B7506ECE0B844FAC253EF49 | 12/12/2019 20:08:21 | Tushy | 12/12/2019 | 01/03/2020 | PA0002219634 |
| 2 | Info Hash: AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B<br>File Hash: 7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259 | 11/18/2019 00:15:59 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |
| 3 | Info Hash: C3CB9A98D01F7760055787087BB4C1A385CA30FE<br>File Hash: 20AA6B2148079C221CBA77620584A97322657846981F3A5914193349FBC9E2F5 | 09/29/2019 21:46:15 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 4 | Info Hash: 8E939F66D705AE3BCC217AFEC9FD8C8E2E1F0E4A<br>File Hash: EC6D026D4D18FC26896D85659033F8E5D0106163F17BD2600B7CD7A997138CDA | 09/14/2019 13:17:11 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 5 | Info Hash: 226D1C34BB4339C911407710D389F3A796548FDB<br>File Hash: 5317398C94CE4656D1FCDDB73C8AC2F772F7420E73B206B1ACB9D0EB1880E9FD | 08/30/2019 14:19:55 | Tushy | 08/29/2019 | 09/17/2019 | PA0002216128 |
| 6 | Info Hash: 5FDBEEB4EE337BA07022153E99BCDF6145CB57F4<br>File Hash: 524E654EE5C3D44361D59078F6C3A9825CADA6DB30888F1ACC29B449E6423A5B | 08/23/2019 18:22:05 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 7 | Info Hash: EC977E2980F8945172E61F868899C59CE850C90F<br>File Hash: 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 08/22/2019 21:48:49 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 8 | Info Hash: 9B0868ADF354DAA85E0ECB8C1DF783A6D1829660<br>File Hash: A054D0D2AA55E9326D3B0F091CE06AF5C4E95E0C686E69DEBD44C9F50FB47ACE | 08/09/2019 20:57:23 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 6C9A7CF335FFAC3FDB8B3534911BFAE334F2C513<br>File Hash: 3A09248A76DE9DF37D1B1F083F49A6B67D03DAF6A32C06E9D287477A465A97E2 | 08/05/2019 16:42:55 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 10 | Info Hash: F189E3104A5A09FC9987192CCAE456407C41EFB5<br>File Hash: D627A1C30982E5314C0FACD88C86B220BC83ADAE5A6E16010293E2FD8F0D53EB | 07/31/2019 14:05:48 | Tushy | 07/30/2019 | 08/22/2019 | PA0002195506 |
| 11 | Info Hash: D71FA8300D660A26679A2C53720C9F8C05F9CF79<br>File Hash: 276A5217C257ACCBF40A5B293E747E78107C17950B6AAFC100B1F51C4B1819C7 | 07/18/2019 19:59:30 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 12 | Info Hash: 022342FC7077A111F1422A99C31FD89D147FE619<br>File Hash: 1AFD0B4BF515C6F0E73E86CEACA1A7A84E69C12C46E5AC156B2E2B57EA5F44DC | 06/25/2019 01:35:45 | Blacked | 06/24/2019 | 07/17/2019 | PA0002188313 |
| 13 | Info Hash: C4A29BEAA25DAA3C1CAFA60FDDBD00DD98FAF188<br>File Hash: B43668B6521131A3DEF5BCB71BEDC47F7B825A5E3E5DEA6B4BC901EEE4A133C9 | 05/22/2019 17:22:45 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |
| 14 | Info Hash: E1C7277B3B893153064CC9E439E48147D940C64F<br>File Hash: 850AC65387644C9E92B21C6C36EDEA25EFAD700F3DB2E86434AA41123B536A35 | 05/20/2019 20:00:10 | Blacked | 05/20/2019 | 08/02/2019 | PA0002192291 |
| 15 | Info Hash: 1B5AC110154E286F856DDCBC4763BA5A9DA1A1D7<br>File Hash: 0305899FD2CB41D57479E433D434D15F3EA4B729B728E714FB8CB083D82CC83A | 05/20/2019 19:22:40 | Vixen | 05/19/2019 | 06/13/2019 | PA0002180953 |
| 16 | Info Hash: 3057BF80057D086E015D232A96F878002F7DC1BD<br>File Hash: 653F17D74F84B90A1658D652D7C1CB1A2894AC7E31F13B970272BDBE4940DB7B | 05/06/2019 18:23:18 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |
| 17 | Info Hash: 05947E989AACD178F4E5D551CD26A2ACAAAFEBE1<br>File Hash: 2A039767D03AC0B04D1C78936C197A7A8CE43BB610F68B360B40EEE07AB88681 | 03/02/2019 19:12:39 | Tushy | 03/02/2019 | 04/17/2019 | PA0002186902 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: A01F9474807C40CD315CA9F91AE8FCD561A34CE3<br>File Hash: 4B1F2F6888571330D0AA793464E26832F8FA53F471AF809BC2F94B69B1A455FB | 02/25/2019 12:41:05 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 19 | Info Hash: 6D086E1CC31556A97BE20B50915D796AEF41EEFE<br>File Hash: 83C01DAD173494B32410361647E2BCB7F4D7365F698E77C4483BFD570FD5ADD8 | 02/20/2019 12:28:30 | Blacked | 02/19/2019 | 03/24/2019 | PA0002184061 |
| 20 | Info Hash: 3B5C703DC819B27E0C00605E7B636F3BFF4A66D7<br>File Hash: 08D01A9C61D4CBA1C223AB01F8C5AF3FC70A25CA2F232300EC1F4D24CF56328D | 02/06/2019 20:32:19 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |
| 21 | Info Hash: 7BD2BFDA3A80BB7D7CCD177EB3EA4FE086597C61<br>File Hash: 478D723B4380F92093F78708AA250DE86AC4771120A8106CBD7ACDD219EA36C9 | 01/31/2019 20:11:43 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 22 | Info Hash: 8B84870625941F984BA357806583B9F62C6D5F9D<br>File Hash: 39B15527B11593F329E565B1ABF2CD8A4423C73C7724775A47CADA47F6D2E224 | 01/31/2019 19:52:12 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 23 | Info Hash: 91383E068F670EB236C053B4612F4DDBFAD4D27E<br>File Hash: 4A2FE7BB5EF499FA20ECE09632ACF09663C00C8393467CEECDADF7376F5E18C0 | 01/28/2019 13:17:08 | Blacked Raw | 01/27/2019 | 03/24/2019 | PA0002184066 |
| 24 | Info Hash: 596A10E5BF4DACEE807CB96D563274155C1CB9B0<br>File Hash: 3411A996614DFA73B01E66E2AD52713C81F297F5901CBAA34C8D7088B81FB515 | 01/25/2019 20:50:44 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |
| 25 | Info Hash: F827EDACEB3B33A1E69273B205B9B9285A1FCC98<br>File Hash: A233C841698DF9E71A5371B64833A14BD8F0945F3014C0275FAF2BC7D796A360 | 01/21/2019 03:23:57 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 26 | Info Hash: 498C38E65A191A26E153A7D80BCFBCA20069BDFD<br>File Hash: 7D77CD89BDDD5175B6C5775155ABE6765DBCC8D9D3D09DB4A285FF43F55D7EB8 | 01/18/2019 15:01:36 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5<br>File Hash: 7483CFAD2ABCB5652EA25BEFA703766A4EB32441025CDB9F4198CD1A77E0DB3F | 01/16/2019 22:18:33 | Blacked | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 28 | Info Hash: 10C0AF62707484EEA4480A3C41F58FBAA607C9B1<br>File Hash: 88F2A81BE5BFA929849D94D00EA49A130A7C5F8E9C2CF74FF65B585C2B7BE87D | 01/16/2019 22:09:21 | Blacked | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 29 | Info Hash: E721904409D01AEB78562FEC629C76C09C171219<br>File Hash: 4974A873561510C6134D374DBC8BAF86968DBB6499F8DFC9B058A4A6BA227334 | 01/16/2019 20:14:50 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 30 | Info Hash: DCAE89B587A018E667287D4F43426A43B69715C4<br>File Hash: D391449FFE24D68C83E9F5537F803A391EE0CC732F7E338EFC1AF46B53C60EFD | 01/16/2019 20:00:54 | Tushy | 01/16/2019 | 02/22/2019 | PA0002155133 |
| 31 | Info Hash: 4565CA245E7615875CF6103EF72459933D90A612<br>File Hash: 1E291EFBABDBEA3BA5FBEC6B9EBDF9F5359CABF64764AD39D88933F85B76F269 | 01/16/2019 14:20:14 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 32 | Info Hash: 1994A4BC582763B4D66ECED935E59386463B49B6<br>File Hash: 780950D57B90FDBF5109C9C417CD032C394E17685EA85F366CAB5E766B9A10B5 | 01/16/2019 00:36:35 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 33 | Info Hash: 57C029A56E8122ED874AE64E5375543F8A614A97<br>File Hash: 950D983DE6E6D1AAD2586AF7482E7E4FD68548E148B04EA87454CCB5A1718417 | 01/16/2019 00:16:02 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 34 | Info Hash: B4A963875B8F63EEFB739E00A7EE7D864B9C1493<br>File Hash: 7A8B6EC17E28B5D746DA7A9FBE250FBDF19C66208B629A74D4C9B4DB746BC690 | 01/10/2019 14:36:05 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 35 | Info Hash: A1CEB960EC65143DB61772C0EB28FD52DE7AC96E<br>File Hash: E86E74055FE584DC77A55C771B9390528CC634E0BE85F5CB58F6601C0EA8ED77 | 01/07/2019 14:03:53 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: A7671D9A943B4580C4CA097645722A9860A70621<br>File Hash: 72E74631F4ADA633B04B9331C52924F1A7B9409CADA4E594E20FF2294EA23A82 | 12/31/2018 15:41:28 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 37 | Info Hash: 12543516E11230C00906E75AE9D649CDEBAB9844<br>File Hash: 4CF36433911018B23504013F36071F79CA4F601C25156FD4868C9937916214EA | 12/01/2018 14:08:41 | Vixen | 11/30/2018 | 12/18/2018 | PA0002141918 |